OVERTON *v*. NEW YORK.

No. 212.  Decided October 28, 1968.

*Melvin L. Wulf* and *David C. Gilberg* for petitioner.
*Carl A. Vergari* and *James J. Duggan* for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted.  The judgment of the Appellate Term of the Supreme Court of New York is vacated, and the case is remanded for further consideration in the light of *Bumper* v. *North Carolina,* 391 U. S. 543 (1968).

MR. JUSTICE BLACK dissents and would affirm the judgment of conviction here.